UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 FEB 14  AM 9: 06
STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| SETH BEECH and KIMBERLY BEECH, individually, | |
| Plaintiffs, | |
| vs. | Civil No. 16-CV-268-S |
| FORD MOTOR COMPANY, a Delaware Corporation, and S & J FORD OF ROCK SPRINGS, LLC, a Wyoming Limited Liability Company, | |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

*THIS MATTER* comes before the Court pursuant to the parties' *Stipulation for Dismissal with Prejudice* and the Court having examined the file and being fully advised in the premises herein,

*IT IS HEREBY ORDERED* that Plaintiffs' *Complaint* is hereby DISMISSED WITH PREJUDICE, with each party to pay its own costs and attorneys' fees.

Dated: Feb 13, 2017.

_____
SCOTT W. SKAVDAHL
United States District Judge